UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA RHODES, et al.,

    Plaintiffs,

v                                          Case No. 17-CV-14186
                                          HON. MARK A. GOLDSMITH

RICHARD D. SNYDER,

    Defendant.
_____/

## ORDER STRIKING EXHIBIT

On March 15, 2018, Plaintiffs' filed an Exhibit which is a Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction [Dkt. #15]. Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), proposed orders must be submitted to the judge to whom the case is assigned via the link located under the Utilities section of CM/ECF. The order at issue is not in compliance with the rule.

IT IS ORDERED, that the Exhibit [Dkt. #15] is STRICKEN.

Dated: March 19, 2018                    s/Mark A. Goldsmith
      Detroit, Michigan                  MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 19, 2018.

                                                              s/Karri Sandusky
                                                              Case Manager