UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DIVISION

DEBRA RHODES, GLORIA
MOUNGER, THOMAS WILLIAMS,
LAURA DENNIS, VIVIAN
WORDLAW, and for all similarly
situated voters in the Thirteenth
Congressional District in the State of
Michigan,

    Plaintiffs,

v

RICHARD D. SNYDER, in his
official capacity as Governor of the
State of Michigan,

    Defendant.
_____/

No. 2:17-cv-14186

HON. MARK A. GOLDSMITH

MAG. MONA K. MAJZOUB

Michael A. Gilmore
Attorney for Plaintiffs
Law Office of Michael Gilmore
P.O. Box 211156
Detroit, MI 48221
313.231.3329
Gilmore.esq@gmail.com

Denise C. Barton (P41535)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
_____/

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
### Fed. R. Civ. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed,

with prejudice against Defendant Richard D. Snyder pursuant to the Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated:  May 29, 2018      s/Mark A. Goldsmith
Detroit, Michigan      MARK A. GOLDSMITH
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2018.

    s/Karri Sandusky
    Case Manager

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Michael A. Gilmore*      Dated:  May 25, 2018
Michael A. Gilmore
Attorney for Plaintiffs
Law Office of Michael Gilmore
P.O. Box 211156
Detroit, MI 48221
313.231.3329
Gilmore.esq@gmail.com

*s/Denise C. Barton*      Dated:  May 25, 2018
Denise C. Barton (P41535)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434